No. 71–6078. LINDA R. S. *v.* RICHARD D. ET AL. Appeal from D. C. N. D. Tex. Motion of appellants for leave to proceed *in forma pauperis* granted. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 71–1011. BRONSTON *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted.

No. 71–1059. KERN COUNTY LAND CO. *v.* OCCIDENTAL PETROLEUM CORP. C. A. 2d Cir. Certiorari granted.

No. 70–284. PENNSYLVANIA *v.* SILVERMAN. Sup. Ct. Pa. Certiorari denied.

No. 71–851. WRENN *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 71–861. LEFF ET AL. *v.* HOUSING AUTHORITY OF THE CITY OF EAST ORANGE ET AL. Super. Ct. N. J. Certiorari denied.

No. 71–914. BRAVER ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–918. LOVE ET AL. *v.* DADE COUNTY SCHOOL BOARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–947. VUCI ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.